IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MONEY CENTERS OF AMERICA, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10603 (CSS)<br><br>(Jointly Administered) |
| Casino Caribbean, LLC, Macau Casino, LLC, Macau Southcenter, LLC, and Yakima Cardroom, LLC,<br>　　　　Plaintiffs,<br>and<br><br>Quapaw Casino Authority of the Quapaw Tribe of Oklahoma,<br>　　　　Intervening Plaintiff,<br>v.<br><br>Money Centers of America, Inc. and Check Holdings, LLC,<br>　　　　Defendants. | Adversary Proc. No. 14-50437 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 19, 2016 AT 2:00 P.M.**

**STATUS CONFERENCE**

Casino Caribbean, LLC, *et al.* v. Money Centers of America, Inc., *et al.*
Adversary Proceeding No. 14-50437

1. Notice of Status Conference (Filed September 27, 2016) (Adv. Docket No. 87)

A. Second Amended Complaint to (I) Declare That Debt Owed to Plaintiffs is Not Property of the Estate, or (II) Declare That Debt is Non-Dischargeable, and (III) to Declare That Debt is Not Subject to the Automatic Stay, or, in the Alternative, to Lift the Automatic Stay (Filed February 6, 2014) (Adv. Docket No. 28)

　　Related Documents:

　　a. Stipulation Between Michael St. Patrick Baxter and Casino Caribbean, LLC, *et. al.* for Trustee to File an Amended Answer and Counterclaim (Filed June 4, 2015) (Adv. Docket No. 44)

　　b. Chapter 11 Trustee's Amended Answer and Counterclaim (Filed June 4, 2015) (Adv. Docket No. 45)

---

[1] The debtors in these cases and the last four digits of the debtors' federal taxpayer identification number are: Money Centers of America, Inc. (9364) and Check Holdings, LLC (3671).

  c. Plaintiff's Answer to the Trustee's Counterclaim (Filed June 11, 2015) (Adv. Docket No. 46)

B. Intervenor Complaint of the Quapaw Casino Authority (Filed February 2, 2016) (Adv. Docket No. 60)

 Related Documents:

  a. Order Granting Motion of the Quapaw Casino Authority to Intervene as an Additional Adversary Plaintiff (Entered January 28, 2016) (Adv. Docket No. 59)

  b. Chapter 11 Trustee's Answer and Counterclaim to Intervenor's Complaint (Filed March 2, 2016) (Adv. Docket No. 64)

  c. Motion of the Quapaw Casino Authority to Dismiss Trustee's Counterclaim (Filed March 23, 2016) (Adv. Docket No. 65)

  d. Opening Brief of the Quapaw Casino Authority in Support of Its Motion to Dismiss Trustee's Counterclaim (Filed March 23, 2016) (Adv. Docket No. 66)

  e. Chapter 11 Trustee's Memorandum of Law in Opposition to Motion to Dismiss of Quapaw Casino Authority (Filed April 11, 2016) (Adv. Docket No. 67)

  f. Reply Brief of the Quapaw Casino Authority in Support of Its Motion to Dismiss Trustee's Counterclaim (Filed April 21, 2016) (Adv. Docket No. 69)

  g. Scheduling Order for Matters Concerning Quapaw Casino Authority's Intervenor Complaint and Trustee's Counterclaim (Entered April 25, 2016) (Adv. Docket No. 73)

  h. Application of Quapaw Casino Authority for Oral Argument (Filed April 28, 2016) (Adv. Docket No. 74)

  i. Notice of Completion of Briefing (Filed April 28, 2016) (Adv. Docket No. 75)

  j. Stipulation Between Michael St. Patrick Baxter and Quapaw Casino Authority of the Quapaw Tribe of Oklahoma Concerning Handling of Confidential Documents (Filed July 11, 2016) (Adv. Docket No. 79)

  k. Mediators Certificate of Completion (Filed September 21, 2016) (Adv. Docket No. 86)

Status: A status conference in the above referenced adversary proceeding is going forward.

Dated: October 17, 2016

COLE SCHOTZ P.C.

*/s/ Patrick J. Reilley*

Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and-

COVINGTON & BURLING LLP

Dennis B. Auerbach
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Dianne Coffino
R. Alexander Clark
New York Times Building
620 Eighth Avenue
New York, New York 10018-1405

*Co-Counsel for the Chapter 11 Trustee*

3